UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GAN SHI LU, | |
| Plaintiff, | Civil Action No. 13-1837 |
| v. | OPINION |
| ANDREW WEINBERGER, | |
| Defendant. | |

ARLEO, UNITED STATES DISTRICT JUDGE

This matter comes before the Court on the motion for default judgment pursuant to Federal Rule of Civil Procedure 55(b)(2) by Plaintiff Gan Shi Lu against Defendant Andrew Weinberger. For the reasons stated below, the motion is **GRANTED**.

I. BACKGROUND

Gan Shi Lu ("Plaintiff") sues Andrew Weinberger ("Defendant") for conversion of property, namely, Plaintiff's Magic: The Gathering ("Magic") card collection.  Compl., Dkt. No. 1. Plaintiff has collected Magic cards since he was a child.  Id. ¶ 7.  The value of these cards grew over time, until Plaintiff amassed a collection which he values at $280,000.  Id. ¶ 32.

Plaintiff met Defendant for the purpose of trading Magic cards.  Id. ¶ 8.  The first five meetings, in New York City, went smoothly and led to exchanges worth between $7,000 and $20,000 each time.  Id. ¶¶ 9-13.  Subsequently, Defendant arranged a sixth meeting in Newark, New Jersey, and Plaintiff met Defendant there on May 9, 2012.  Id. ¶¶ 14-15.  After Plaintiff estimated the total value of his Magic cards for Defendant, they went to a nearby restaurant.  Id.

1

¶¶ 15-6. After an hour at the restaurant, Defendant took all of Plaintiff's Magic cards, told Plaintiff he needed to call his girlfriend, and stepped outside. Id. ¶ 17. Defendant never returned. Id. ¶ 18.

That same day, Defendant flew to Tokyo with Plaintiff's Magic cards and sold a large portion of them for about $100,000 without Plaintiff's authorization. Id. ¶¶ 19-20. Plaintiff subsequently filed a police report for theft. Id. ¶ 21. Defendant has not returned the cards or paid Plaintiff for them. Id. ¶ 22. Plaintiff now seeks damages of $280,000 for theft of his Magic cards, as well as punitive damages, interest, and costs and attorneys' fees.

Plaintiff and Defendant both proceed *pro se*. Defendant filed two motions to dismiss and an answer and appeared in court on various occasions. Once discovery began, however, Defendant failed to reply to either discovery communications or court orders. Magistrate Judge Clark, after detailing Defendant's non-responsiveness in discovery, recommended that Defendant's answer be stricken and default be entered against Defendant. See Dkt. No. 37 at 1-3. Defendant's answer was stricken. See Dkt. No. 38. Following the Clerk's entry of default on May 21, 2014, Plaintiff brought his first motion for default judgment. Dkt. No. 45. This motion was terminated without prejudice by the Court for inclusion of various claims not alleged in the Complaint. Dkt. No. 50. Plaintiff then refiled the instant motion for default judgment without the additional claims. Dkt. No. 52. The motion is unopposed.

**II.    STANDARD OF REVIEW**

"The district court has the discretion to enter default judgment, although entry of default judgments is disfavored as decisions on the merits are preferred." Animal Sci. Prods., Inc. v. China Nat'l Metals & Minerals Imp. & Exp. Corp., 596 F. Supp. 2d 842, 847 (D.N.J. 2008).

Before entering default judgment the court must: (1) determine it has jurisdiction both over the subject matter and parties; (2) determine whether defendants have been properly served; (3) analyze the Complaint to determine whether it sufficiently pleads a cause of action; and (4) determine whether the plaintiff has proved damages.  See Chanel, Inc. v. Gordashevsky, 558 F. Supp. 2d 532, 535-36 (D.N.J. 2008); Wilmington Savings Fund Soc., FSB v. Left Field Props., LLC, No. 10-4061, 2011 WL 2470672, at *1 (D.N.J. June 20, 2011).  Although the facts pled in the Complaint are accepted as true for the purpose of determining liability, the plaintiff must prove damages.  See Comdyne I, Inc. v. Corbin, 908 F.2d 1142, 1149 (3d Cir. 1990).

Additionally, prior to granting default judgment, the Court must make explicit factual findings as to: (1) whether the party subject to the default has a meritorious defense; (2) the prejudice suffered by the party seeking default judgment; and (3) the culpability of the party subject to default.  Doug Brady, Inc. v. N.J. Bldg. Laborers Statewide Funds, 250 F.R.D. 171, 177 (D.N.J. 2008).

**III.   ANALYSIS**

**A. Jurisdiction & Service**

The Court has both subject matter jurisdiction over this dispute and personal jurisdiction over Defendant.   Subject matter jurisdiction here is present pursuant to diversity under 28 U.S.C. § 1332.   The Court also has personal jurisdiction over Defendant based upon his domicile within New Jersey.   Plaintiff provided the Court with proof of service of Defendant at Defendant's home address in Livingston, New Jersey.  See Aff. of Service, Dkt. No. 5.   Thus, the Court is satisfied that it has jurisdiction to enter default judgment.

**B. Liability**

3

"A consequence of the entry of a default judgment is that the factual allegations of the complaint, except those relating to the amount of damages, will be taken as true." Comdyne I, Inc. v. Corbin, 908 F.2d 1142, 1149 (3d Cir. 1990). The Complaint pleads facts which, taken as true, establish Defendant's liability for conversion.[1]

To plead conversion, Plaintiff must show "some repudiation by the defendant of the owner's right, or some exercise of dominion over [the property] by [Defendant] inconsistent with such right, or some act done which has the effect of destroying or changing the quality of the chattel." Potash Stores, Inc. v. Bay Dev. Corp., 118 N.J.L. 242, 244 (N.J. 1937); Arcand v. Brother Int'l Corp., 673 F. Supp. 2d 282, 311 (D.N.J. 2009). Plaintiff here pleads that Defendant took Plaintiff's Magic cards, sold them in Japan, and refuses to repay Plaintiff or give him back his cards. Compl. ¶¶ 14-22. This effectively destroyed Plaintiff's right to possession of his property and constitutes conversion.

### C. Appropriateness of Default Judgment

Next, the Court must consider: (1) whether the party subject to the default has a meritorious defense; (2) the prejudice suffered by the party seeking default judgment; and (3) the culpability of the party subject to default. Doug Brady, 250 F.R.D. at 177. The Court concludes that in the absence of any responsive pleading and based upon the facts alleged in the Complaint, Defendant does not have a meritorious defense. Second, the Court finds that Plaintiff will suffer prejudice absent entry of default judgment as he would have no other means of obtaining relief. Finally, the Court finds the Defendant acted culpably as he has been served with the Complaint, is not an

---

[1] Plaintiff's other causes of action—including fraud and unjust enrichment—would not alter the damages in this case, so the Court does not analyze the sufficiency of those pleadings.

4

infant or otherwise incompetent, and is not presently engaged in military service.  See Nationwide Mut. Ins. Co. v. Starlight Ballroom Dance Club, Inc., 175 F. App'x 519, 523 (3d Cir. 2006) (holding that a defendant's failure to respond to communications from the plaintiff and the court can constitute culpability).

**D.  Monetary Damages**

Although the facts pled in the Complaint are accepted as true for the purpose of determining liability, the plaintiff must prove damages.  See Comdyne I, Inc. v. Corbin, 908 F.2d 1142, 1149 (3d Cir. 1990).  Throughout this litigation, Plaintiff has submitted various exhibits to prove damages.  See Pls.' Request to Proceed with Case, Dkt. No. 16; Pls.' Opp. to Mot. to Dismiss, Dkt. No. 20; Pls.' Mot. for Default J., Dkt. No. 45, Ex. 1; Pls. Disclosure Statement, Dkt. No. 48; Pls.' Mot. for Default J., Dkt. No. 52, Exs. 2-6.  These exhibits include: 1) a list of the 958 cards stolen, 2) screenshots of email and website offers for various Magic cards, 3) screenshots of completed sales for various Magic cards, and 4) Apathy House's Experimental Price Looker-Upper's price tracking for various Magic cards.

After reviewing the exhibits to determine which cards have evidence of their value, the Court determines that there is evidence proving that at least $186,269.12 of cards were stolen.  See Appendix 1.  This evidence includes actual sales and offers for sale on various websites, as well as price tracking data.  Because Plaintiff is entitled to be made whole, he is entitled to the cost of replacement of his card collection.  Both the actual sales and offers for sale and the price tracking data provide adequate proof of the cost of replacement for the cards identified as "Proof Available" in Appendix 1.

Plaintiff is entitled to prejudgment interest at the statutorily-provided rate under New

Jersey Court Rule 4:42-11(b); see In re Exxon Valdez, 484 F.3d 1098 (9th Cir. 2007) (federal courts sitting in diversity should apply state law regarding prejudgment interest unless federal law preempts it). Because this judgment exceeds the monetary limit of New Jersey's Special Civil Part, currently at $15,000, the relevant interest rates are 2.5% for 2012 and 2.25% for 2013, 2014, and 2015. New Jersey law strongly disfavors compounding of interest. See N.J. Ct. R. 4:42-11(a) ("Except as otherwise ordered by the court or provided by law, judgments, awards and orders for the payment of money, taxed costs and counsel fees shall bear simple interest . . . ."); see also Fendi Adele S.R.L. v. Burlington Coat Factory Warehouse Corp., 867 F. Supp. 2d 427, 437 (S.D.N.Y. 2012). The Court applied the relevant interest rate each year, beginning on May 9, 2012, and ending on August 10, 2015. After applying the resultant simple interest rates for each year to the $186,269.12 of proven lost value, the Court determines that Plaintiff is entitled to $15,156.69 of interest.

Plaintiff has thus provided adequate support pursuant to Federal Rule of Civil Procedure 55(b)(2) for damages of $201,425.81, including $186,269.12 of Magic cards and $15,156.69 of prejudgment interest.[2] Judgment by default will be entered against Defendant in the amount of $201,425.81.

### IV. CONCLUSION

For the foregoing reasons, Plaintiff's motion for default judgment is GRANTED. An appropriate order accompanies this opinion.

Dated: August 10, 2015                                            */s Madeline Cox Arleo*
                                                                                  **United States District Judge**

---

[2] Though Plaintiff alleges that he paid attorney fees of $5,000 in this case before proceeding *pro se*, he provides no proof of these fees. The Court thus cannot enter judgment on Plaintiff's attorney's fees.

6

## Appendix 1: Card Value and Proof

| Name | Amount Each ($) | Quantity | Total ($) | Proof |
|---|---:|---:|---:|---|
| Beta Volcanic Island | 1507.00 | 12 | 18084.00 | Proof Available |
| Beta Underground Sea | 1625.75 | 8 | 13006.00 | Proof Available |
| BGS 9.0 Beta Black Lotus | 11500.00 | 1 | 11500.00 | Proof Available |
| Beta Tropical Island | 1211.00 | 8 | 9688.00 | Proof Available |
| Beta Tundra | 1200.26 | 8 | 9602.08 | Proof Available |
| Japanese Foil Misty Rainforest | 190.00 | 46 | 8740.00 | Proof Available |
| Beta Taiga | 900.00 | 8 | 7200.00 | Proof Available |
| Beta Savannah | 800.00 | 8 | 6400.00 | Proof Available |
| Beta Bayou | 700.99 | 8 | 5607.92 | Proof Available |
| Beta Scrublands | 700.00 | 8 | 5600.00 | Proof Available |
| Beta Plateau | 700.00 | 8 | 5600.00 | Proof Available |
| Beta Badlands | 600.00 | 8 | 4800.00 | Proof Available |
| Japanese Foil Tarmogoyf | 900.00 | 4 | 3600.00 | Proof Available |
| Japanese Foil Dark Confidant | 750.00 | 4 | 3000.00 | Proof Available |
| Japanese Foil Flooded Strand | 670.00 | 4 | 2680.00 | Proof Available |
| Japanese Tarmogoyf | 136.48 | 18 | 2456.64 | Proof Available |
| Japanese Foil Jace The Mindsculptor | 575.00 | 4 | 2300.00 | Proof Available |
| Japanese Foil Wooded Foothills | 500.00 | 4 | 2000.00 | Proof Available |
| Tropical Island Revised | 132.00 | 14 | 1848.00 | Proof Available |
| Volcanic Island Revised | 132.00 | 14 | 1848.00 | Proof Available |
| Japanese Foil Tezzeret Agent of Bolas | 110.00 | 16 | 1760.00 | Proof Available |
| Japanese Foil Brainstorm | 190.00 | 8 | 1520.00 | Proof Available |
| FBB Tundra | 365.11 | 4 | 1460.44 | Proof Available |
| Japanese Foil Marsh Flat | 90.00 | 16 | 1440.00 | Proof Available |
| Japanese Foil Snapcaster Mage | 200.00 | 7 | 1400.00 | Proof Available |
| Japanese Foil Bloodstained Mire | 325.00 | 4 | 1300.00 | Proof Available |
| Unlimited Black Lotus | 1275.00 | 1 | 1275.00 | Proof Available |
| Japanese Foil Rishadan Port | 250.00 | 5 | 1250.00 | Proof Available |
| FBB Volcanic Island | 305.00 | 4 | 1220.00 | Proof Available |
| FBB Tropical Island | 300.00 | 4 | 1200.00 | Proof Available |
| Japanese Foil Sensei's Divining Top | 550.00 | 2 | 1100.00 | Proof Available |
| Russian Foil Liliana of the Veil | 270.00 | 4 | 1080.00 | Proof Available |
| Japanese Foil Arid Mesa | 85.00 | 12 | 1020.00 | Proof Available |
| Japanese Foil Tombstalker | 200.00 | 5 | 1000.00 | Proof Available |
| FBB Savannah | 230.00 | 4 | 920.00 | Proof Available |
| Japanese Foil Progenitus | 230.00 | 4 | 920.00 | Proof Available |

| | | | | |
|---|---|---|---|---|
| Japanese Foil City Of Brass | 170.00 | 5 | 850.00 | Proof Available |
| Japanese Foil Goblin Welder | 280.00 | 3 | 840.00 | Proof Available |
| FBB Scrubland | 202.50 | 4 | 810.00 | Proof Available |
| FBB Taiga | 200.00 | 4 | 800.00 | Proof Available |
| Japanese Foil Sword of War and Peace | 90.00 | 8 | 720.00 | Proof Available |
| Korean Foil Snapcaster Mage | 700.00 | 1 | 700.00 | Proof Available |
| Japanese Foil Daze | 130.00 | 5 | 650.00 | Proof Available |
| FBB Bayou | 160.00 | 4 | 640.00 | Proof Available |
| Chinese Foil Scalding Tarn | 80.00 | 8 | 640.00 | Proof Available |
| Japanese Sword of Feast and Famine | 160.00 | 4 | 640.00 | Proof Available |
| FBB Badlands | 150.00 | 4 | 600.00 | Proof Available |
| Japanese Foil Grim Monolith | 300.00 | 2 | 600.00 | Proof Available |
| Japanese Foil Venser the Sojourner | 50.00 | 12 | 600.00 | Proof Available |
| Japanese Foil Bribery | 150.00 | 4 | 600.00 | Proof Available |
| Japanese Foil Batterskull | 70.00 | 8 | 560.00 | Proof Available |
| Japanese Foil Mutavault | 180.00 | 3 | 540.00 | Proof Available |
| FBB Plateau | 130.00 | 4 | 520.00 | Proof Available |
| Russian Foil Snapcaster Mage | 500.00 | 1 | 500.00 | Proof Available |
| Japanese Foil Tangle Wire | 125.00 | 4 | 500.00 | Proof Available |
| Japanese Foil Stoneforge Mystic | 125.00 | 4 | 500.00 | Proof Available |
| Japanese Foil Ilawan Cephalid Empress | 120.00 | 4 | 480.00 | Proof Available |
| Japanese Foil Phyrexian Metamorph | 60.00 | 8 | 480.00 | Proof Available |
| Chinese Foil Arid Mesa | 60.00 | 8 | 480.00 | Proof Available |
| Japanese Foil Gifts Ungiven | 120.00 | 4 | 480.00 | Proof Available |
| Japanese Foil Mental Misstep | 60.00 | 8 | 480.00 | Proof Available |
| Japanese Foil Entomb | 120.00 | 4 | 480.00 | Proof Available |
| Japanese Foil Orim's Chant | 105.00 | 4 | 420.00 | Proof Available |
| Guru Island | 200.00 | 2 | 400.00 | Proof Available |
| Force of Will German | 100.00 | 4 | 400.00 | Proof Available |
| Karakas | 50.00 | 8 | 400.00 | Proof Available |
| Chinese Foil Verdant Catacomb | 50.00 | 8 | 400.00 | Proof Available |
| Chinese Foil Marsh Flat | 50.00 | 8 | 400.00 | Proof Available |
| Japanese Foil Meddling Mage | 50.00 | 8 | 400.00 | Proof Available |
| Japanese Foil Pernicious Deed | 100.00 | 4 | 400.00 | Proof Available |
| Japanese Foil Standstill | 100.00 | 4 | 400.00 | Proof Available |
| Japanese Foil Damnation | 100.00 | 4 | 400.00 | Proof Available |
| Japanese Foil Unearth | 50.00 | 8 | 400.00 | Proof Available |
| Japanese Foil Green Suns Zenith | 49.00 | 8 | 392.00 | Proof Available |
| Japanese Foil Emrakul | 90.00 | 4 | 360.00 | Proof Available |

| | | | | |
|---|---|---|---|---|
| Japanese Foil Verdant Catacombs | 90.00 | 4 | 360.00 | Proof Available |
| Japanese Foil Magnus of the Moon | 90.00 | 4 | 360.00 | Proof Available |
| Japanese Foil Vengevine | 120.00 | 3 | 360.00 | Proof Available |
| Japanese Foil Golgari Grave Toll | 88.00 | 4 | 352.00 | Proof Available |
| Japanese Foil Extriparte | 85.00 | 4 | 340.00 | Proof Available |
| Japanese Foil Spell Snare | 85.00 | 4 | 340.00 | Proof Available |
| Japanese Foil Dark Ritual | 85.00 | 4 | 340.00 | Proof Available |
| Japanese Foil Vindicate | 170.00 | 2 | 340.00 | Proof Available |
| Japanese Foil Kam Liberated | 80.00 | 4 | 320.00 | Proof Available |
| Japanese Foil Flagstones of Trokair | 75.00 | 4 | 300.00 | Proof Available |
| Japanese Foil Tryon Predator | 150.00 | 2 | 300.00 | Proof Available |
| Japanese Tolarian Academy | 35.00 | 8 | 280.00 | Proof Available |
| Japanese Foil Ensnaring Bridge | 70.00 | 4 | 280.00 | Proof Available |
| Japanese Foil Maelstrom Pulse | 66.00 | 4 | 264.00 | Proof Available |
| Japanese Foil Ichorid | 130.00 | 2 | 260.00 | Proof Available |
| Japanese Foil Sculpting Steel | 130.00 | 2 | 260.00 | Proof Available |
| Japanese Foil Jin Gitaxas Core Auger | 43.00 | 6 | 258.00 | Proof Available |
| Japanese Foil Grim Lavamancer | 85.00 | 3 | 255.00 | Proof Available |
| Guru Swamp | 125.00 | 2 | 250.00 | Proof Available |
| Japanese Foil Cursecatcher | 40.00 | 6 | 240.00 | Proof Available |
| English Foil Scalding Tarn | 60.00 | 4 | 240.00 | Proof Available |
| Japanese Iona Shield of Emria | 80.00 | 3 | 240.00 | Proof Available |
| Japanese Foil Reflecting Pool | 58.00 | 4 | 232.00 | Proof Available |
| Japanese Foil Gaddock Teeg | 50.00 | 4 | 200.00 | Proof Available |
| Japanese Foil Ponder | 50.00 | 4 | 200.00 | Proof Available |
| Japanese Foil Griselbrand | 100.00 | 2 | 200.00 | Proof Available |
| Japanese Foil Surgical Extraction | 50.00 | 4 | 200.00 | Proof Available |
| Japanese Foil Petrified Field | 100.00 | 2 | 200.00 | Proof Available |
| Japanese Foil Urborg Tomb of Yawgmoth | 200.00 | 1 | 200.00 | Proof Available |
| Japanese Foil Sorin Lord of Innistrad | 100.00 | 2 | 200.00 | Proof Available |
| Japanese Foil Zur the Enchanter | 200.00 | 1 | 200.00 | Proof Available |
| Japanese Foil Figure of Destiny | 50.00 | 4 | 200.00 | Proof Available |
| Japanese Foil Elesh Norn | 90.00 | 2 | 180.00 | Proof Available |
| Japanese Foil Duress 7th Edition | 60.00 | 3 | 180.00 | Proof Available |
| Japanese Foil Fact or Fiction | 60.00 | 3 | 180.00 | Proof Available |
| Russian Foil Geist of Saint Traft | 172.00 | 1 | 172.00 | Proof Available |
| Japanese Foil Doran Siege Tower | 43.00 | 4 | 172.00 | Proof Available |
| Judge Foil Maze of Ith | 168.00 | 1 | 168.00 | Proof Available |
| Japanese Sneak Attack | 38.00 | 4 | 152.00 | Proof Available |

| Item | Price | Qty | Total | Proof |
|---|---:|---:|---:|---|
| Japanese Foil Dismember | 38.00 | 4 | 152.00 | Proof Available |
| Japanese Foil Spell Pierce | 50.00 | 3 | 150.00 | Proof Available |
| Taiga Revised | 70.00 | 2 | 140.00 | Proof Available |
| Japanese Foil Kiki Jiki Mirror Breaker | 140.00 | 1 | 140.00 | Proof Available |
| Korean Tolarian Academy | 135.00 | 1 | 135.00 | Proof Available |
| Japanese Foil Noble Hierarch | 130.00 | 1 | 130.00 | Proof Available |
| Japanese Polluted Delta | 60.00 | 2 | 120.00 | Proof Available |
| Japanese Foil Soothsaying | 30.00 | 4 | 120.00 | Proof Available |
| Japanese Foil Ponder | 19.00 | 6 | 114.00 | Proof Available |
| Japanese Foil Hive Mind | 28.00 | 4 | 112.00 | Proof Available |
| Japanese Foil Inquisition of Kozilek | 27.50 | 4 | 110.00 | Proof Available |
| Japanese Foil Time Stretch | 35.00 | 3 | 105.00 | Proof Available |
| Japanese Foil Stinkweed IMP | 26.00 | 4 | 104.00 | Proof Available |
| Japanese Foil Graftdigger's Cage | 50.00 | 2 | 100.00 | Proof Available |
| Japanese Foil Sword of Mind and Body | 50.00 | 2 | 100.00 | Proof Available |
| Japanese Foil Terravore | 100.00 | 1 | 100.00 | Proof Available |
| Japanese Foil Academy Ruins | 100.00 | 1 | 100.00 | Proof Available |
| Japanese Foil Creeping Tar Pit | 25.00 | 4 | 100.00 | Proof Available |
| Japanese Foil Gideon Jura | 50.00 | 2 | 100.00 | Proof Available |
| Japanese City of Traitors | 48.00 | 2 | 96.00 | Proof Available |
| Japanese Foil Gravecrawler | 22.00 | 4 | 88.00 | Proof Available |
| Japanese Foil Legacy Weapon | 29.00 | 3 | 87.00 | Proof Available |
| Korean Mana Vault | 80.00 | 1 | 80.00 | Proof Available |
| Mother of Runes Foil FNM | 20.00 | 4 | 80.00 | Proof Available |
| Japanese Foil Memarch | 80.00 | 1 | 80.00 | Proof Available |
| Geist of Saint Traft | 26.00 | 3 | 78.00 | Proof Available |
| Japanese Foil Ulamog Gyre | 70.00 | 1 | 70.00 | Proof Available |
| Japanese Foil Primeval Titan | 60.00 | 1 | 60.00 | Proof Available |
| Japanese Foil Thrun Last Troll | 50.00 | 1 | 50.00 | Proof Available |
| Japanese Foil Consecrated Sphinx | 40.00 | 1 | 40.00 | Proof Available |
| Japanese Foil Ancient Grudge | 13.00 | 3 | 39.00 | Proof Available |
| Ancient Tomb English | 10.00 | 3 | 30.00 | Proof Available |
| Korean Lotus Petal | 10.00 | 3 | 30.00 | Proof Available |
| Japanese Foil Mountain | 12.50 | 2 | 25.00 | Proof Available |
| FBB Underground Sea | 407.76 | 4 | 1631.04 | Proof Available |
| Japanese Foil Scalding Tarn | 150.00 | 32 | 4800.00 | Proof Available |
| Foil Intuition | 70.00 | 3 | 210.00 | Proof Available |
| Japanese Foil Kozilek Butcher of Truth | 100.00 | 4 | 400.00 | Proof Available |
| Beta Black Lotus | 2000.00 | 2 | 4000.00 | No Proof |

| | | | | |
|---|---:|---:|---:|---|
| BGS 9.5 Beta Ancestral Recall | 2500.00 | 1 | 2500.00 | No Proof |
| Unlimited Mox Sapphire | 750.00 | 1 | 750.00 | No Proof |
| English Show and Tell | 44.00 | 4 | 176.00 | No Proof |
| Japanese Foil Polluted Delta | 825.00 | 4 | 3300.00 | No Proof |
| Japanese Foil Windswept Heath | 550.00 | 4 | 2200.00 | No Proof |
| Chinese Foil Polluted Delta | 350.00 | 4 | 1400.00 | No Proof |
| Snapcaster Mage | 25.00 | 83 | 2075.00 | No Proof |
| English Tarmogoyf | 120.00 | 7 | 840.00 | No Proof |
| Mishra's Workshop | 400.00 | 3 | 1200.00 | No Proof |
| Library of Alexandria | 300.00 | 5 | 1500.00 | No Proof |
| English Dark Confidant | 55.00 | 2 | 110.00 | No Proof |
| Chinese Foil Misty Rainforest | 110.00 | 12 | 1320.00 | No Proof |
| English Foil Verdant Catacomb | 42.00 | 8 | 336.00 | No Proof |
| English Foil Arid Mesa | 39.00 | 8 | 312.00 | No Proof |
| English Foil Marsh Flats | 32.00 | 4 | 128.00 | No Proof |
| Chinese Foil Flooded Strand | 300.00 | 1 | 300.00 | No Proof |
| English Foil Dark Confidant | 117.00 | 4 | 468.00 | No Proof |
| English Jace Mindsculptor | 66.00 | 4 | 264.00 | No Proof |
| Japanese Jace Mindsculptor | 85.00 | 1 | 85.00 | No Proof |
| English Foil Polluted Delta | 126.00 | 4 | 504.00 | No Proof |
| Korean Intuition | 70.00 | 1 | 70.00 | No Proof |
| Bazaar of Baghdad | 330.00 | 1 | 330.00 | No Proof |
| Beta Nevinryals | 190.00 | 1 | 190.00 | No Proof |
| Entreat the Angels | 25.00 | 2 | 50.00 | No Proof |
| Cavern of Souls | 32.00 | 6 | 192.00 | No Proof |
| Maze of Ith Dark | 45.00 | 6 | 270.00 | No Proof |
| Japanese Foil Vedalkan Shackles | 100.00 | 1 | 100.00 | No Proof |
| Beta Lightning Bolt | 35.00 | 4 | 140.00 | No Proof |
| English Foil Misty Rainforest | 78.00 | 12 | 936.00 | No Proof |
| Japanese Foil Elspeth Knight Errant | 225.00 | 3 | 675.00 | No Proof |

**Total proven: $186,269.12**